UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 8:23-cr-385-VMC-CPT

JUSTIN RYAN CULMO

**CLERK'S MINUTES**
Proceeding: Arraignment
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: November 9, 2023 |
| Deputy Clerk: Ashley Sanders | Time: 10:05 a.m. |
| USPO: none | Recess: 10:16 a.m. |
| Court Reporter: Digital | Total Time: 11 min |
| Interpreter: none | |

Counsel for USA: Erin Favorit, AUSA
Counsel for Defendant: Mark O'Brien, retained and Howard Williams, AFPD

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Attorney O'Brien and Defendant have come to a mutual understanding that Mr. O'Brien will not represent the defendant.

Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Attorney O'Brien makes oral motion to withdraw as counsel. Oral motion granted. Attorney O'Brien withdrawn from the case.

Government advises of charged contained in the Indictment. Defendant waives full and formal reading of the Indictment, enters a plea of not guilty and moves to participate in Discovery. Government moves to participate in reciprocal discovery.

Defendant detained at initial appearance on complaint.

Trail set for the January trial term commending on January 2nd trial. Status set for December 7th at 9:30 a.m. Pretrial order to be entered.