UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:23-cr-385-VMC-CPT

**JUSTIN RYAN CULMO**

_____/

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent Defendant Justin Ryan Culmo in the above-styled cause.

The Clerk is requested to enter the appearance of Assistant Federal Defender Sylvia Irvin as counsel for the Defendant.

The Clerk also is requested to withdraw the names of Attorneys Sara Lenore Mieczkowski and Howard Anderson as notice counsel for the Defendant.

DATED this 5th day of February, 2024.

Respectfully submitted,

**A. FITZGERALD HALL, ESQ.**
**FEDERAL DEFENDER**

*/s/ Sylvia Irvin*
Sylvia Irvin, Esq.
Assistant Federal Defender
Bar No. 15379
400 N. Tampa St., Suite 2700
Tampa, FL 33602

(813) 228-2715
Sylvia_Irvin@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February. 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Stacie B. Harris

*/s/ Sylvia Irvin*
Sylvia Irvin, Esq.
Assistant Federal Defender