**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:**   8:23-cr-385-VMC-CPT | **DATE:**   February 15, 2024 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Justin Ryan Culmo** | **GOVERNMENT COUNSEL**<br>Stacie B. Harris<br><br>**DEFENDANT COUNSEL**<br>Sylvia A. Irvin |
| **COURT REPORTER:**  Susan Cayler | **DEPUTY CLERK:**   Magaly Justiniano |
| **TIME:**  10:03 AM - 10:04 AM<br>**TOTAL:**  1 min | **COURTROOM:**   14B |

**PROCEEDINGS:**    STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 4-5 days |
| Speedy Trial Waived Through: | July 31, 2024 |
| Trial Term: | June 2024 |
| Next Status Conference: | April 11, 2024 at 9:30 AM |