**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:  8:23-cr-385-VMC-CPT** | **DATE:**   April 11, 2024 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Justin Ryan Culmo** | **GOVERNMENT COUNSEL**<br>Stacie B. Harris<br><br>**DEFENDANT COUNSEL**<br>Sylvia A. Irvin |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** **Magaly Justiniano** |
| **TIME:** 9:58 AM - 10:00 AM<br>**TOTAL:** 2 mins | **COURTROOM:** 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 4-5 days |
| Speedy Trial Waived Through: | October 31, 2024 |
| Trial Term: | October 2024 |
| Next Status Conference: | June 13, 2024 at 9:30 AM |