**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:  8:23-cr-385-T-33CPT** | **DATE:   June 18, 2024** |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**Justin Ryan Culmo** | **GOVERNMENT COUNSEL**<br>Abigail King<br><br>**DEFENDANT COUNSEL**<br>Nicole Valdes Hardin |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** **Magaly Justiniano** |
| **TIME:** 10:06 AM - 10:08 AM<br>**TOTAL:** 2 mins | **COURTROOM:**   14B |

**PROCEEDINGS:**     STATUS CONFERENCE

Estimated Length of Trial:          4-5 days

Speedy Trial Waived Through:     October 31, 2024

Trial Term:                              October 2024

Next Status Conference:            September 19, 2024 at 9:30 AM