UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.      CASE NO. 8:23-cr-385-VMC-CPT

JUSTIN RYAN CULMO
a/k/a "Avalanche" or "TheRealAvalanche"

### NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

### ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 2251(a) and (e), Production of Child Pornography, as charged in Counts One, Three, and Four of the Superseding Information, are as follows:

First:  an actual minor, that is, a real person who was less than 18 years old, was depicted;

Second: the defendant employed, used, persuaded, induce, enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct; and

Third:  the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

The essential elements of a violation of 18 U.S.C. § 2252(a)(2) and (b)(1), Distribution of Child Pornography, as charged in Count Two of the Superseding Information, are as follows:

<u>First</u>: the Defendant knowingly distributed a visual depiction;

<u>Second</u>: the depiction was shipped or transported in interstate or foreign commerce by any means, including computer;

<u>Third</u>: producing the visual depiction involved using a minor engaged in sexually explicit conduct;

<u>Fourth</u>: the depiction is of a minor engaged in sexually explicit conduct; and

<u>Fifth</u>: the Defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct.

The essential elements of a violation of 18 U.S.C. § 2252(a)(4)(B), Possession of Child Pornography, as charged in Count Five of the Superseding Information, are as follows:

<u>First</u>: the Defendant knowingly possessed a visual depiction;

<u>Second</u>: the depiction had been shipped or transported using any means or facility of interstate or foreign commerce, including by computer;

<u>Third</u>: producing the visual depiction involved using a minor engaged in sexually explicit conduct;

<u>Fourth</u>: the depiction is of a minor engaged in sexually explicit conduct;

<u>Fifth</u>: the Defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct; and

<u>Sixth</u>: the visual depiction involved the use of a prepubescent minor or a minor who had not attained 12 years of age.

The essential elements of a violation of 18 U.S.C. § 2252A(a)(7), Production of Child Pornography that is an Adapted or Modified Depiction of a Minor, as charged in Count Six of the Superseding Information, are as follows:

<u>First</u>:   the Defendant knowingly produced with intent to distribute child pornography;

<u>Second</u>:   the child pornography consists of an adapted or modified depiction of an identifiable minor;

<u>Third</u>:   the Defendant knew the material depicted one or more minors and the minors were engaged in sexually explicit conduct; and

<u>Fourth</u>:   the child pornography had been produced by any means, including by computer, in or affecting interstate or foreign commerce.

The term "child pornography" means any visual depiction, including any photograph, film, video, picture or computer or computer-generated image or picture made or produced by electronic, mechanical, or other means, of sexually explicit conduct where the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct.

<u>PENALTY</u>

The penalty for the offense charged in Counts One, Three, and Four of the Superseding Information is a mandatory minimum term of imprisonment of 15 years up to 30 years, a fine of $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100.

The penalty for the offense charged in Count Two of the Superseding Information is a mandatory minimum term of imprisonment of 5 years up to 20

years, a fine of $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100.

The penalty for the offense charged in Count Five of the Superseding Information is a maximum sentence of 20 years imprisonment, a fine of $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100.

The penalty for the offense charged in Count Six of the Superseding Information is a maximum term of imprisonment of 15 years, a fine of $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s). 18 U.S.C. § 2259; 18 U.S.C. § § 3363(a)(3) and/or 3663A(a)(3).

Pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

The defendant is further advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and

keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253, as outlined in the Superseding Information. Among the items that will be forfeited are any property, real or personal, used to commit or to promote the commission of the offense, including, but not limited to, the following: ASUS Laptop (SN: DCN0BC01523149D); Acer Laptop; Toshiba Laptop; iMac (Model A1207); MSI Desktop; Olympus camera; Y14K Action camera; Canon EO5; four Maxi 4K cameras; Mate AM camera; Viofo A139 Dash camera; Viofo 4K UHD dash camera; no name dash camera; 2241K camera; camera (MN: UVC-G3-FLEX); four CDs; four floppy drives; two MP3/Audio players; four Western Digital hard drives; Hitachi hard drive; Maxtor hard drive; three Seagate hard drives; three Vantec hard drive; Kingston hard drive; Baro hard drive; Qmap storage media; black

LG cell phone; rose gold iPhone; Samsung Galaxy S9 cell phone; surveillance camera housing unit; PlayStation 2; PlayStation memory card; Micro SD card; two encryption keys; two SD cards; five thumb drives; and Tablet with pink and purple case.

## FACTUAL BASIS

On July 19, 2023, Homeland Security Investigations ("HSI") received a Victim Identification Referral from the Cyber Crimes Center and the Victim Identification Task Force Operation Renewed Hope that detailed the identification of a child in Tampa, Florida, within the Middle District of Florida, as a victim of the production of child pornography. The suspected producer, who was later identified as Justin Culmo ("Culmo"), used the screennames of "Avalanche" and "TheRealAvalanche".

Investigators from HSI Tampa reviewed the "12078 ANDREA2Y" and "ANDREA" series and determined the series contained approximately 156 media files of child sexual abuse material. HSI Tampa determined Culmo produced the "12078 ANDREA2Y" and "ANDREA" series, four files of which depicted Minor Victim 1. Culmo produced these files from his residence located on Park Boulevard in Oldsmar, Florida, within the Middle District of Florida. The following is a description of one of the media files involving Minor Victim 1:

File Name: "Andrea 2Y 095.JPG" – This media file depicts a prepubescent female toddler. The toddler is laying on her back in a brown crib. The toddler is

6

wearing a pink onesie. The onesie is unzipped, the diaper is partially removed, and the toddler's vagina is exposed. The toddler is surrounded by bedding, including a multi-colored striped blanket. The toddler's face is covered by a pink pig plush toy. An erect male penis is seen between the brown crib slats near the toddler. The erect male penis is being held by an adult male hand.

Minor Victim 1's parent positively identified Minor Victim 1 in the above-detailed file and indicated Minor Victim 1 was approximately two years old at the time this file was produced. Minor Victim 1's parent further advised she believed the child sexual abuse material was produced by Culmo in the summer of 2012.

HSI Portland was also familiar with the screennames "Avalanche" and "TheRealAvalanche" based on a near decade-long investigation of dark web sites. Upon further review, HSI Portland determined Culmo was active on various dark web sites dedicated to the sexual abuse of children since approximately 2012. The following is a post by Culmo on September 11, 2014, with the subject of "Re: andrea 2yo", in which he distributed images of the Andrea series:

"Hey, would ya look at that. The Andrea Series is getting around, That makes me happy. I see, however, it is quite incomplete, particularly the 3D files . You can look up how to view Stereoscopic 3D files, or they can be converted to any usable 3D image format. Allow me to make a more complete posting for you."

On September 26, 2023, HSI Tampa executed a federal search warrant at Culmo's residence, which was within the Middle District of Florida. During a post-

Miranda interview, Culmo admitted to using the screennames "Avalanche" and "TheRealAvalanche". He also admitted to producing the images in the following series: "ANDREA2Y", "ANDREA", "BinkyPink AKA Trina", and "STACY1_4K. Additionally, he admitted to producing child sexual abuse images within the three days leading up to the execution of the search warrant.

HSI recovered 11 pairs of female children's underwear and five spy cameras within Culmo's locked desk drawer. HSI also seized the following electronic devices belonging to Culmo that had connection to child sexual abuse material: ASUS Laptop (SN: DCN0BC01523149D); Acer Laptop; Toshiba Laptop; iMac (Model A1207); MSI Desktop; Olympus camera; Y14K Action camera; Canon EO5, four Maxi 4K cameras; Mate AM camera; Viofo A139 Dash camera; Viofo 4K UHD dash camera; no name dash camera; 2241K camera; camera (MN: UVC-G3-FLEX); four CDs; four floppy drives; two MP3/Audio players; four Western Digital hard drives; Hitachi hard drive; Maxtor hard drive; three Seagate hard drives; three Vantec hard drives; Kingston hard drive; Baro hard drive; Qmap storage media; black LG cell phone; rose gold iPhone; Samsung Galaxy S9 cell phone; surveillance camera housing unit; PlayStation 2; PlayStation memory card; Micro SD card; two encryption keys; two SD cards; five thumb drives; and Tablet with pink and purple case.

Pursuant to the forensic review of Culmo's devices, HSI Tampa discovered Culmo utilized a spy camera to record young children using the bathroom, within

the Middle District of Florida. Additionally, Culmo produced images and videos of child sexual abuse that were not part of largely distributed series.

The following media file was produced by Culmo on September 23, 2018, while within the Middle District of Flroida: The media file is approximately 33.17 seconds long. The media file depicts an infant female child, under the age of one, who appears to be nude and sitting with an erect adult penis between her legs. The infant's right hand is holding onto the adult male penis. The infant's mouth is on the adult male's penis.

Minor Victim 2's parent positively identified Minor Victim 2 in the above-detailed file and indicated Minor Victim 2 was approximately three months old at the time the file was produced.

The following media file was produced by Culmo on August 18, 2023, while within the Middle District of Florida: The media file depicts two prepubescent females lying side by side on a dark colored couch. The prepubescent female on the left (Minor Victim 2) is wearing an orange-colored top and white-colored underwear. Her top is slightly lifted exposing her stomach. The female child on the right side (Minor Victim 3) is lying on her side. She is wearing a blue-colored top and pink-colored underwear. Her underwear has been pulled down below her knees. There is a translucent white substance that appears to be semen on her buttocks and left forearm.

Minor Victim 3's parent positively identified Minor Victim 3 in the above-detailed file.

Culmo produced various additional series and victimized dozens of other children through his production of child pornography. The below-detailed files represent various other victims, all whose parent or parents identified them in the detailed files.

Culmo had access to Minor Victim 4 from as early as January 2021, while within the Middle District of Florida. The following media file was produced by Culmo of Minor Victim 4: this image depicts a prepubescent female child, nude from the waist down. The child's legs are separated. The camera is focused on her nude vagina. A stuffed animal that appears to be a snowman from a cartoon is laid on top of the female child's waist. The stuffed animal's arm has been manipulated to appear to be touching the child's clitoris.

Culmo also produced generative artificial intelligence child pornography of Minor Victim 4. This image depicts a prepubescent female child lying down on a couch with a blanket covering her upper torso. The prepubescent female child is nude from the waist down, exposing her genitals. A generative artificial intelligence face replaced the original face of the prepubescent female child. In the original image, the prepubescent female child (Minor Victim 4) appears to be asleep with her eyes closed. The generative artificial intelligence image depicts a female's face with her eyes open, looking towards the camera.

Culmo produced thousands of images of child pornography using generative artificial intelligence with the intent to distribute them as he did with a large amount of other images and videos of child pornography he produced.

The following media file was produced by Culmo of Minor Victim 5: the image depicts a prepubescent female using the restroom at the Culmo residence. She is seen with her clothes off from the waist down, while sitting on the toilet. This image was captured using a spy camera installed into the restroom.

The following media file was produced by Culmo of Minor Victim 6: this image is part of the BinkyPink AKA Trina series. An adult blurred hand is seen spreading the naked vaginal area of a prepubescent female child.

The following media file was produced by Culmo of Minor Victim 7: this video is approximately five minutes in length. It is from the angle of a secret camera pointed directly at the toilet. It depicts a prepubescent male child entering the bathroom, undressing himself from the waist down exposing his penis, sitting on the toilet, and pushing his penis down to urinate.

Minor Victim 8 was identified in child sexual abuse images by individuals that knew Minor Victim 8. These images were produced by Culmo when he had access to Minor Victim 8.

The following media file was produced by Culmo of Minor Victim 9: this image depicts a prepubescent female child, whose pink undergarments are pulled to

the side by an adult male hand. The adult male hand is also seen touching the prepubescent female child's vagina.

The following media file was produced by Culmo of Minor Victim 10: this image depicts a prepubescent female child, asleep on a couch with a red and orange fleece blanket covering parts of her body. The blanket is pulled back to expose her body from the waist down. A male hand is seen in the image covering the female child's face. The prepubescent female child's blue underwear is visible, with her legs spread, exposing her genital area.

The following media file was produced by Culmo of Minor Victim 11: this image depicts a prepubescent female child lying on a couch. An adult hand is seen lifting the child's underwear, exposing the child's nude vagina.

The following media file was produced by Culmo of Minor Victim 12: this image series shows a prepubescent female child during different stages of undress. In some images, she is seen with her shirt up, exposing her breasts, while lying backwards on a couch. In other images, she is seen with her shorts pulled down, exposing her underwear. Some of these images also show an adult male hand touching her genital area while clothed.

The following media file was produced by Culmo of Minor Victim 13: this video depicts a prepubescent male child with his pants pulled down, exposing his

penis, while he uses the restroom at a ~~gymnastics gym~~. The video also shows Victim 14, an adult female, using the restroom with the ~~prepubescent male child~~. *WH AK JC*

Overall, across his various devices and while within the Middle District of Florida, Culmo possessed approximately 85,890 images of child pornography and 845 videos of child pornography. Culmo also possessed approximately 8,500 artificial intelligence generated images of child pornography. *Culmo possessed child pornography from an unknown date but no later than in or about September 2023.*

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Abigail K. King
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Abigail.King@usdoj.gov

13

U.S. v. Justin Ryan Culmo          Case No. 8:23-cr-385-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nicole Hardin, AFPD

                                          /s/ *Abigail K. King*
                                          Abigail K. King
                                          Assistant United States Attorney
                                          Florida Bar No. 294963
                                          400 N. Tampa Street, Suite 3200
                                          Tampa, Florida 33602-4798
                                          Telephone:  (813) 274-6000
                                          Facsimile:   (813) 274-6358
                                          E-mail: Abigail.King@usdoj.gov