# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.: 8:23-cr-385-VMC-CPT

**JUSTIN CULMO**

_____ /

## UNOPPOSED MOTION TO CONTINUE TRIAL

Justin Culmo, through counsel and pursuant to Local Rule 3.08, hereby moves this Court to continue the sentencing in this case and extend the deadline for objections to the presentence report in this case, currently set for sentencing on March 5, 2025, to a date in sixty days later. As grounds in support thereof, Mr. Culmo, states the following:

Mr. Culmo has entered a plea and is awaiting sentencing. Undersigned counsel requires additional time to prepare mitigation in this case for his sentencing. An extension to May 2025 will allow our retained expert to prepare a report that can assist the Court in fashioning a sentence.

Undersigned has conferred with Assistant United States Attorney Abigail King, who advised that the government does not oppose the relief

sought in this motion.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that a party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict. Mr. Brooks respectfully submits that the instant motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

For these reasons, he respectfully moves to continue the sentencing date to a date in May 2025.

DATED this 12th day of February 2025.

    Respectfully submitted,

    A. FITZGERALD HALL, ESQ.
    FEDERAL DEFENDER

    */s/ Nicole V. Hardin*
    Nicole V. Hardin, Esq.
    Assistant Federal Defender
    Florida Bar No. 0026194
    400 North Tampa St. Suite 2700
    Tampa, FL 33602

Telephone: (813) 228-2715  
Facsimile:  (813) 228-2562  
Email: Nicole_Hardin@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Abigail King, AUSA

/s/ *Nicole V. Hardin*  
Nicole V. Hardin, Esq.  
Assistant Federal Defender
