UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                 Case No. 8:23-cr-385-VMC-CPT

JUSTIN RYAN CULMO
a/k/a "Avalanche" or "TheRealAvalanche"

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Final Order of Forfeiture for the following assets, seized from the defendant's residence on or about September 26, 2023, which were subject to a January 16, 2025 preliminary order of forfeiture (Doc. 73):

      a.     ASUS Laptop (SN: DCN0BC01523149D);

      b.     Acer Laptop;

      c.     Toshiba Laptop;

      d.     iMac (Model A1207);

      e.     MSI Desktop;

      f.     Olympus camera;

      g.     Y14K Action camera;

      h.     Canon EO5;

      i.     four Maxi 4K cameras;

      j.     Mate AM camera;

k. Viofo A139 Dash camera;

l. Viofo 4K UHD dash camera;

m. no name dash camera;

n. 2241K camera;

o. Camera (MN: UVC-G3-FLEX);

p. four CDs;

q. four floppy drives;

r. two MP3/Audio players;

s. four Western Digital hard drives;

t. Hitachi hard drive;

u. Maxtor hard drive;

v. three Seagate hard drives;

w. three Vantec hard drives;

x. Kingston hard drive;

y. Baro hard drive;

z. Qmap storage media;

aa. Black LG cell phone;

bb. Rose gold iPhone;

cc. Samsung Galaxy S9 cell phone;

dd. Surveillance camera housing unit;

ee. PlayStation 2;

  ff.  PlayStation memory card;

  gg.  Micro SD card;

  hh.  two encryption keys;

  ii.  two SD cards;

  jj.  five thumb drives; and

  kk.  a Tablet with pink and purple case.

In support thereof, the United States submits the following.

## MEMORANDUM OF LAW

### I. Statement of Facts

1. On January 16, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting to the United States all right, title, and interest of the defendant in the assets identified above, pursuant to 18 U.S.C. § 2253. Doc. 73. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on January 30, 2025, and ending on February 28, 2025. Doc. 78. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

2. To date, no third parties have filed a Petition to Adjudicate Interest in the assets, and the time for filing such Petitions has expired.

3. Consequently, the United States now seeks a final order of forfeiture for the assets.

**II.   Applicable Law**

When all third-party petitions have been adjudicated, or if no petitions are filed, it is appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7).

As required by section 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on January 30, 2025, and ending on February 28, 2025. Doc. 78. Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv).

The internet publication notified all who might have an interest in the assets of the United States' intent to dispose of such property and provided instructions on filing a petition to adjudicate an interest in the property. In accordance with the above-referenced provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court. Here, the first date of internet publication on [www.forfeiture.gov](www.forfeiture.gov) was January 30, 2025. Thus, the final date for filing a petition to adjudicate interest in the assets was on March 31, 2025, and the time for filing such petitions has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the assets. No additional party has filed a petition or claimed an interest in the assets. The time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the assets identified on page one, above.

### III. Conclusion

WHEREFORE, the United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this Court enter a final order, forfeiting to the United States all right, title and interest

in the assets, for disposition according to law, and vesting clear title to said property in the United States of America.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney