UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:23-cr-385-VMC-CPT

JUSTIN RYAN CULMO
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Justin Ryan Culmo, defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 21st day of May 2025.

DATED this 3rd day of June 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER
MIDDLE DISTRICT OF FLORIDA

/s/ Russell K. Rosenthal
Russell K. Rosenthal, Esq.
Florida Bar No.0319244
Assistant Federal Defender
2075 West First Street, Suite 300
Fort Myers, Florida 33901
Telephone:   239-334-0397
Facsimile:   239-334-4109

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June 2025, a true and correct copy of the foregoing has been filed in this court and a copy was forwarded by electronic mail to Abigail King, Assistant United States Attorney.

/s/ Russell K. Rosenthal
Russell K. Rosenthal, Esq.
Assistant Federal Defender
