# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**DATE:** June 4, 2025

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                         **Case No: 8:23-cr-00385-VMC-CPT-1**

**JUSTIN RYAN CULMO**
**a/k/a "Avalanche" or**
**"TheRealAvalanche"**

      **Defendant.**

**U.S.C.A. Case No:**           **TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Virginia M. Hernandez Covington, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

- No hearing from which a transcript could be made

                                ELIZABETH M. WARREN, CLERK

                                By:     s/MLB, Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 8:23-cr-385-VMC-CPT**

**JUSTIN RYAN CULMO**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Justin Ryan Culmo, defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 21st day of May 2025.

DATED this 3rd day of June 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER
MIDDLE DISTRICT OF FLORIDA

/s/ Russell K. Rosenthal
Russell K. Rosenthal, Esq.
Florida Bar No.0319244
Assistant Federal Defender
2075 West First Street, Suite 300
Fort Myers, Florida 33901
Telephone:   239-334-0397
Facsimile:   239-334-4109

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of June 2025, a true and correct copy of the foregoing has been filed in this court and a copy was forwarded by electronic mail to Abigail King, Assistant United States Attorney.

<u>/s/ Russell K. Rosenthal</u>
Russell K. Rosenthal, Esq.
Assistant Federal Defender

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**          Case Number: 8:23-cr-385-VMC-CPT

**v.**                                USM Number: 79622-510

**JUSTIN RYAN CULMO**                 Russell K. Rosenthal, AFPD

---

## JUDGMENT IN A CRIMINAL CASE

Defendant pleaded guilty to Counts One, Two, Three, Four, Five, and Six of the Superseding Information. Defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | In or about 2012 | One |
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Distribution of Child Pornography | In or about 2014 | Two |
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | In or about September 2018 | Three |
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | In or about August 2023 | Four |
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography | In or about September 2023 | Five |
| 18 U.S.C. § 2252A(a)(7) | Production of Child Pornography that is an Adapted or Modified Depiction of a Minor | In or about September 2023 | Six |

Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Underlying Indictment is dismissed on the motion of the United States.

**IT IS ORDERED** that Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, Defendant shall notify the Court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Judgment:

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

May 20, 2025


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


May 21, 2025

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **NINE HUNDRED (900) MONTHS**. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be allowed to participate in the UNICOR program.

Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By:_____
Deputy U.S. Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

## SUPERVISED RELEASE

Upon release from imprisonment, Defendant will be on supervised release for a term of **LIFE**. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. Defendant shall not commit another federal, state or local crime.
2. Defendant shall not unlawfully possess a controlled substance.
3. Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.

4. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.
5. Defendant shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
6. Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the Probation Officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

Defendant shall also comply with the additional conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, Defendant shall comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.    Defendant shall report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame. After initially reporting to the Probation Office, Defendant will receive instructions from the court or the Probation Officer about how and when Defendant must report to the Probation Officer, and Defendant must report to the Probation Officer as instructed.

2.    After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when Defendant shall report to the Probation Officer, and Defendant shall report to the Probation Officer as instructed.

3.    Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.

4.    Defendant shall answer truthfully the questions asked by your Probation Officer

5.    Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

6.    Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7.    Defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so.  If you do not have full-time employment Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

8.    Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.

9.    If you are arrested or questioned by a law enforcement officer, Defendant shall notify the Probation Officer within **72 hours**.

10.    Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11.    Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12.    If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and Defendant shall comply

AO 245B (Rev. 09/19) Judgment in a Criminal Case

with that instruction.  The Probation Officer may contact the person and confirm that you have notified the person about the risk.

13.    Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____        Date:_____

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.   Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2.   Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

3.   Defendant shall provide the Probation Officer access to any requested financial information.

4.   Defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. Defendant shall follow the Probation Officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer base on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

5.   Defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by your Probation Officer. The Probation Officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct you to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

6.   Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the Probation Officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

7.   Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

8.   Defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the Probation Officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system. Defendant shall permit routine inspection of your computer system, hard drives, and other medial storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. Defendant shall inform your employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

9.   Defendant shall have no contact, direct or indirect, with the victims.

10.  Defendant shall submit to a search of your person, residence, place of business, any storage units under Defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for

Justin Ryan Culmo
8:23-cr-385-VMC-CPT

revocation. You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

**Justin Ryan Culmo**
**8:23-cr-385-VMC-CPT**

## CRIMINAL MONETARY PENALTIES

Defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Assessment | Restitution | Fine | AVAA Assessment | JVTA Assessment |
|---|---|---|---|---|
| $600.00 | DEFERRED | WAIVED | Not Imposed | Not Imposed |

The determination of restitution is deferred. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

## SCHEDULE OF PAYMENTS

Having assessed Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

## ]FORFEITURE

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

APPEAL,CLOSED,SL DOC

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:23-cr-00385-VMC-CPT-1

Case title: USA v. Culmo

Date Filed: 10/25/2023

Magistrate judge case number: 8:23-mj-02199-AAS

Date Terminated: 05/21/2025

---

Assigned to: Judge Virginia M. Hernandez
Covington
Referred to: Magistrate Judge Christopher P.
Tuite

**Defendant (1)**

| | | |
|---|---|---|
| **Justin Ryan Culmo**<br>*TERMINATED: 05/21/2025*<br>*also known as*<br>Avalanche<br>*TERMINATED: 05/21/2025*<br>*also known as*<br>TheRealAvalanche<br>*TERMINATED: 05/21/2025* | represented by | **Russell K. Rosenthal**<br>Federal Public Defender's Office<br>2075 West First Street, Suite 300<br>Ft. Myers, FL 33901<br>239/334-0397<br>Fax: 239/461-2025<br>Email: russ_rosenthal@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |
| | | **Howard James Williams**<br>Federal Defender Office<br>400 N Tampa Street<br>Suite 2700<br>Tampa, FL 33602<br>813-228-2175<br>Email: howard_williams@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |
| | | **Mark J. O'Brien**<br>O'Brien Hatfield, PA<br>511 W Bay St Ste 330<br>Tampa, FL 33606-3533<br>813/228-6989<br>Fax: 866/202-5964<br>Email: mjo@markjobrien.com<br>*TERMINATED: 11/09/2023* |

*Designation: Retained*

**Nicole Valdes Hardin**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602-4726
813-228-2715
Fax: 813-228-2562
Email: nicole_hardin@fd.org
*TERMINATED: 03/13/2025*
*Designation: Public Defender or*
*Community Defender Appointment*

**Sara Lenore Mieczkowski**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602-4726
813-228-2715
Fax: 813-228-2562
Email: sara_mieczkowski@fd.org
*TERMINATED: 02/05/2024*
*Designation: Public Defender or*
*Community Defender Appointment*

**Sylvia A. Irvin**
Federal Public Defender's Office
400 N. Tampa St, Suite 2700
Tampa, FL 33602
813-228-2715
Fax: 813-228-2562
Email: Sylvia_Irvin@fd.org
*TERMINATED: 05/08/2024*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

18:2251A.F SELLING OR BUYING OF
CHILDREN
(1s)

**Disposition**

Imprisonment: NINE HUNDRED (900)
MONTHS. This term consists of a 360-
month term as to Counts One, Three, and
Four, to run concurrently; a 240-month term
as to Count Two, to run consecutive to
Counts One, Three, and Four; a 120-month
term as to Count Five, to run consecutive to
Counts One, Two, Three, and Four; and a
180-month term as to Count Six, to run
consecutive to Counts One, Two, Three,
Four, and Five; Supervised Release: LIFE.
This term consists of a Life term as to
Counts One through Six, all such terms to
run concurrently; Fine is waived;
Restitution: Deferred; Special Assessment:
$600.00 to be paid immediately.

| | |
|---|---|
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(2s) | Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately. |
| 18:2251A.F SELLING OR BUYING OF CHILDREN<br>(3s) | Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately. |
| 18:2251A.F SELLING OR BUYING OF CHILDREN<br>(4s) | Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately. |
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(5s) | Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to |

Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately.

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(6s)

Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

18:2251A.F SELLING OR BUYING OF CHILDREN
(1)

dismissed on the motion of the United States.

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(2)

dismissed on the motion of the United States.

18:2251A.F SELLING OR BUYING OF CHILDREN
(3-4)

dismissed on the motion of the United States.

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(5)

dismissed on the motion of the United States.

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F SEXUAL EXPLOITATION OF CHILDREN, 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO | |

---

**Plaintiff**

**USA**                                    represented by  **Abigail King**
DOJ-USAO
Tampa Division
400 North Tampa Street
Ste 3200
Tampa, FL 33602
813-274-6000
Email: abigail.king@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Julie A. Simonsen**
United States Attorney's Office
400 N. Tampa Street., Suite 3200
Tampa, FL 33602
813-301-3067
Email: julie.simonsen@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stacie B. Harris**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Fax: 813/274-6178
Email: stacie.harris@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Suzanne C. Nebesky**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Email: suzanne.nebesky@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|

| 09/26/2023 | 1 | COMPLAINT as to Justin Ryan Culmo (1). (CDM) (CDM). [8:23-mj-02199-AAS] (Entered: 09/27/2023) |
|---|---|---|
| 09/27/2023 | | Arrest of Justin Ryan Culmo on 9/26/2023 (CDM) [8:23-mj-02199-AAS] (Entered: 09/27/2023) |
| 09/27/2023 | 3 | ***CJA 23 Financial Affidavit by Justin Ryan Culmo. (CDM) [8:23-mj-02199-AAS] (Entered: 09/27/2023) |
| 09/27/2023 | 4 | Arrest Warrant Returned Executed on 9/26/2023 as to Justin Ryan Culmo. (CDM) [8:23-mj-02199-AAS] (Entered: 09/27/2023) |
| 09/27/2023 | 5 | ORAL MOTION to Appoint Counsel by Justin Ryan Culmo. (CDM) [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 6 | ORAL MOTION for Detention by USA as to Justin Ryan Culmo. (CDM) [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 7 | ORAL MOTION for Preliminary Examination Hearing by Justin Ryan Culmo. (CDM) [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 8 | **ORDER granting 5 Motion to Appoint Counsel. Nicole Valdes Hardin appointed as to Justin Ryan Culmo (1). Signed by Magistrate Judge Amanda Arnold Sansone on 9/27/2023. (CDM)** [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 9 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: Oral Order granting 6 Motion for Detention as to Justin Ryan Culmo (1); Oral Order granting 7 Motion for Hearing as to Justin Ryan Culmo (1); Initial Appearance as to Justin Ryan Culmo held on 9/27/2023. (digital) (CDM) [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 10 | **ORDER OF DETENTION PENDING TRIAL as to Justin Ryan Culmo Signed by Magistrate Judge Amanda Arnold Sansone on 9/27/2023. (CDM)** [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 11 | NOTICE OF HEARING as to Justin Ryan Culmo: Preliminary Examination set for 10/11/2023 at 02:00 PM in Tampa Courtroom 10 B before Magistrate Judge Amanda Arnold Sansone. (CDM) [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/27/2023 | 12 | ORAL NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Justin Ryan Culmo: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (CDM) [8:23-mj-02199-AAS] (Entered: 09/28/2023) |
| 09/29/2023 | 13 | NOTICE OF ATTORNEY APPEARANCE: Nicole Valdes Hardin appearing for Justin Ryan Culmo (Hardin, Nicole) [8:23-mj-02199-AAS] (Entered: 09/29/2023) |
| 10/02/2023 | 14 | NOTICE OF ATTORNEY APPEARANCE: Mark J. O'Brien appearing for Justin Ryan Culmo (O'Brien, Mark) [8:23-mj-02199-AAS] (Entered: 10/02/2023) |
| 10/03/2023 | 15 | MOTION to Withdraw as Attorney by Nicole V. Hardin. by Justin Ryan Culmo. (Hardin, Nicole) [8:23-mj-02199-AAS] (Entered: 10/03/2023) |
| 10/04/2023 | 17 | **ENDORSED ORDER granting 15 Motion to Withdraw as Attorney. Nicole Valdes Hardin withdrawn from case as to Justin Ryan Culmo (1). Signed by Magistrate** |

| | | |
|---|---|---|
| | | Judge Amanda Arnold Sansone on 10/4/2023. (CDM) [8:23-mj-02199-AAS] (Entered: 10/04/2023) |
| 10/10/2023 | 18 | ORAL UNOPPOSED MOTION to cancel/withdraw 7 MOTION for Preliminary Examination Hearing scheduled for 10/11/2023 by Justin Ryan Culmo. Chambers received email requesting withdrawal of preliminary examination hearing set by previous counsel. (CDM) [8:23-mj-02199-AAS] (Entered: 10/10/2023) |
| 10/10/2023 | 19 | **ENDORSED ORDER granting 18 Motion to Withdraw request for Preliminary Examination as to Justin Ryan Culmo (1). The hearing scheduled for 10/11/2023 at 2:00 pm is hereby canceled. Signed by Magistrate Judge Amanda Arnold Sansone on 10/10/2023. (CDM) [8:23-mj-02199-AAS] (Entered: 10/10/2023)** |
| 10/25/2023 | [20](#) | INDICTMENT returned in open court as to Justin Ryan Culmo (1) count(s) 1, 2, 3-4, 5. (Attachments: # [1](#) Restricted Unredacted Indictment) (AM) (Entered: 10/27/2023) |
| 10/31/2023 | 22 | NOTICE OF HEARING as to Justin Ryan Culmo: Arraignment set for 11/9/2023 at 10:00 AM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. NOTE: Counsel and defendant's appearance is not required, provided the appropriate waiver of appearance and entry of not guilty plea is filed in a timely manner.(AMS) (Entered: 10/31/2023) |
| 10/31/2023 | [23](#) | NOTICE OF ATTORNEY APPEARANCE Suzanne C. Nebesky appearing for USA. (Nebesky, Suzanne) (Entered: 10/31/2023) |
| 11/09/2023 | 24 | ORAL MOTION to Withdraw as Attorney by Mark O'Brien. by Justin Ryan Culmo. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 11/09/2023) |
| 11/09/2023 | 25 | **ORAL ORDER granting 24 Motion to Withdraw as Attorney Mark J. O'Brien withdrawn from case. as to Justin Ryan Culmo (1). Signed by Magistrate Judge Christopher P. Tuite on 11/9/2023. (AMS)** (Entered: 11/09/2023) |
| 11/09/2023 | 26 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Discovery by Justin Ryan Culmo. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 11/09/2023) |
| 11/09/2023 | 27 | ORAL MOTION for Discovery by USA as to Justin Ryan Culmo. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 11/09/2023) |
| 11/09/2023 | [28](#) | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 26 Motion to Appoint Counsel as to Justin Ryan Culmo (1); granting 26 Motion for Discovery as to Justin Ryan Culmo (1); granting 27 Motion for Discovery as to Justin Ryan Culmo (1); ARRAIGNMENT as to Justin Ryan Culmo (1) Count 1, 2, 3-4, 5, held on 11/9/2023 Defendant(s) pled not guilty. (Digital) (AMS) (Entered: 11/09/2023) |
| 11/09/2023 | [29](#) | **PRETRIAL discovery order and notice as to Justin Ryan Culmo. Jury Trial set for the JANUARY 2024 trial term commencing on 1/2/2024 before Judge Virginia M. Hernandez Covington. Status Conference set for 12/7/2023 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Magistrate Judge Christopher P. Tuite on 11/9/2023. (AMS)** (Entered: 11/13/2023) |
| 11/14/2023 | [30](#) | NOTICE OF ATTORNEY APPEARANCE: Sara Lenore Mieczkowski appearing for Justin Ryan Culmo *and Substitution of Counsel* (Mieczkowski, Sara) (Entered: 11/14/2023) |
| 12/07/2023 | [31](#) | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Justin Ryan Culmo held on 12/7/2023. Court Reporter: Susan Cayler (MEJ) (Entered: 12/08/2023) |

| 12/07/2023 | 32 | ORAL MOTION to Continue trial by Justin Ryan Culmo. (JYX) (Entered: 12/08/2023) |
|---|---|---|
| 12/07/2023 | 33 | **ORAL ORDER granting 32 Motion to Continue as to Justin Ryan Culmo. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through July 31, 2024 and the government does not object. Jury Trial set for the March 2024 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 2/15/2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 12/7/2023. (JYX)** (Entered: 12/08/2023) |
| 12/07/2023 | 34 | ORAL MOTION to Extend Time to file Pretrial Motions to February 2024 by Justin Ryan Culmo. (JYX) (Entered: 12/08/2023) |
| 12/07/2023 | 35 | **ORAL ORDER granting 34 Motion to Extend Time to file Pretrial Motions. The deadline to file pretrial motions is extended to February 2024 for reasons stated on the record. Signed by Judge Virginia M. Hernandez Covington on 12/7/2023. (JYX)** (Entered: 12/08/2023) |
| 02/05/2024 | 36 | NOTICE OF ATTORNEY APPEARANCE: Sylvia A. Irvin appearing for Justin Ryan Culmo *and Substitution of Counsel* (Irvin, Sylvia) (Entered: 02/05/2024) |
| 02/15/2024 | 37 | ORAL MOTION to Continue trial by Justin Ryan Culmo. (JYX) (Entered: 02/15/2024) |
| 02/15/2024 | 38 | **ORAL ORDER granting 37 Motion to Continue as to Justin Ryan Culmo (1). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Jury Trial set for June 2024 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for April 11, 2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 2/15/2024. (JYX)** (Entered: 02/15/2024) |
| 02/15/2024 | 39 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Justin Ryan Culmo held on 2/15/2024. Court Reporter: Susan Cayler (MEJ) (Entered: 02/15/2024) |
| 04/11/2024 | 40 | ORAL MOTION to Continue trial by Justin Ryan Culmo. (JYX) (Entered: 04/11/2024) |
| 04/11/2024 | 41 | **ORAL ORDER granting 40 Motion to Continue as to Justin Ryan Culmo. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through October 31, 2024 and the government does not object. Jury Trial set for October 2024 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for June 13, 2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 4/11/2024. (JYX)** (Entered: 04/11/2024) |
| 04/11/2024 | 42 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Justin Ryan Culmo held on 4/11/2024. Court Reporter: Susan Cayler (MEJ) (Entered: 04/11/2024) |
| 05/08/2024 | 43 | NOTICE OF ATTORNEY APPEARANCE: Nicole Valdes Hardin appearing for Justin Ryan Culmo and Substitution of Counsel (Hardin, Nicole) (Entered: 05/08/2024) |
| 05/16/2024 | 44 | NOTICE OF ATTORNEY APPEARANCE Abigail King appearing for USA. (King, Abigail) (Entered: 05/16/2024) |

| 06/05/2024 | 45 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 6/13/2024 is rescheduled as to Justin Ryan Culmo. New hearing date and time: Status Conference set for 6/18/2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington (MEJ) (Entered: 06/05/2024) |
|---|---|---|
| 06/18/2024 | 46 | NOTICE OF HEARING as to Justin Ryan Culmo: Status Conference set for 9/19/2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington (JYX) (Entered: 06/18/2024) |
| 06/18/2024 | 47 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Justin Ryan Culmo held on 6/18/2024. Court Reporter: Susan Cayler (MEJ) (Entered: 06/18/2024) |
| 09/13/2024 | 48 | **ENDORSED ORDER: By noon on September 19, 2024, the parties are directed to submit a joint status report as to whether they are ready to proceed to trial in October. If the parties wish to continue the trial of this case, the defense should indicate in the status report that they wish to have the case continued, whether there is an objection to the request, and a waiver of speedy trial through the end of the trial month. The Clerk is directed to cancel the September 19, 2024, status conference. The next status conference will take place on October 10, 2024, at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 9/13/2024. (MG)** (Entered: 09/13/2024) |
| 09/13/2024 | | Set/Reset Deadlines/Hearings as to Justin Ryan Culmo: Status Report due by 9/19/2024. Status Conference set for 10/10/2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (GL) (Entered: 09/16/2024) |
| 09/16/2024 | 49 | STATUS REPORT *JOINT SUPPLEMENTAL* by USA as to Justin Ryan Culmo (King, Abigail) (Entered: 09/16/2024) |
| 09/18/2024 | 50 | **ENDORSED ORDER: The Court received the United States' Joint Supplemental Status Report. (Doc. # 49). The Court understands that the defendant has previously waived speedy trial through October 31, 2024. (Doc. # 47). However, the current speedy trial waiver does not permit a continuance. If the parties are requesting a continuance from the October 2024 term as stated in the Joint Status Report (Doc. # 49 at 1), the defendant must waive speedy trial through the end of the month of the requested trial term. Signed by Judge Virginia M. Hernandez Covington on 9/18/2024. (MG)** (Entered: 09/18/2024) |
| 10/07/2024 | 51 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 10/10/2024 is rescheduled as to Justin Ryan Culmo. New hearing date and time: Status Conference set for 10/15/2024 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington (MEJ) (Entered: 10/07/2024) |
| 10/12/2024 | 52 | **ENDORSED ORDER: ENDORSED ORDER: The Court is prepared to grant the request jointly made by the parties in their joint status report to continue this case to the December 2024 Trial Term. However, the defense has not filed a waiver of speedy trial. In light of that, the status conference scheduled for October 15, 2024, will proceed in-person as scheduled. However, if counsel has been impacted by the recent hurricanes and needs to appear by video Zoom or telephone because of issues associated with the hurricanes, counsel should contact the Courtroom Deputy, Magaly Justiniano, at Magaly_Justiniano@flmd.uscourts.gov by 8:30 AM on October 15, 2024, so arrangements can be made. If counsel cannot appear at all via video Zoom or telephone due to hurricane related issues, counsel should alert the courtroom deputy, Magaly Justiniano, by 8:30 AM on October 15, 2024, if at all** |

| | | |
|---|---|---|
| | | possible. Signed by Judge Virginia M. Hernandez Covington on 10/12/2024. (RAS) (Entered: 10/12/2024) |
| 10/14/2024 | 53 | **ENDORSED ORDER as to Justin Ryan Culmo: AS the courtroom deputy will be out on October 15, 2024, please contact chambers at 813-301-5340 or virginia_covington@flmd.uscourts.gov if you need to appear by video zoom or telephone at the status conference so that arrangements can be made. Signed by Judge Virginia M. Hernandez Covington on 10/14/2024. (Covington, Virginia)** (Entered: 10/14/2024) |
| 10/15/2024 | 54 | ORAL MOTION to Continue trial by Justin Ryan Culmo. (RAS) (Entered: 10/15/2024) |
| 10/15/2024 | 55 | **ORAL ORDER granting 54 Motion to Continue as to Justin Ryan Culmo (1). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through December 31, 2024, and the government does not object. Jury Trial set for December 2024 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for November 14, 2024, at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 10/15/2024. (RAS)** (Entered: 10/15/2024) |
| 10/15/2024 | 56 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference Regarding Counsel as to Justin Ryan Culmo held on 10/15/2024. Court Reporter: David Collier (JCG) (Entered: 10/15/2024) |
| 11/12/2024 | 57 | NOTICE OF HEARING as to Justin Ryan Culmo: Guilty Plea Hearing set for 12/5/2024 at 10:00 AM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. (AMS) (Entered: 11/12/2024) |
| 11/14/2024 | 58 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 11/14/2024 is rescheduled as to Justin Ryan Culmo. New hearing date and time: Status Conference set for 11/21/2024 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington (MEJ) (Entered: 11/14/2024) |
| 11/21/2024 | 59 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Justin Ryan Culmo held on 11/21/2024. Court Reporter: Susan Cayler (MEJ) (Entered: 11/21/2024) |
| 11/25/2024 | 60 | SUPERSEDING INFORMATION as to Justin Ryan Culmo (1) count(s) 1s, 2s, 3s-4s, 5s-6s. (JKB) (Entered: 11/26/2024) |
| 11/26/2024 | 62 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Justin Ryan Culmo (King, Abigail) (Entered: 11/26/2024) |
| 12/05/2024 | 63 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis *AMENDED* by USA as to Justin Ryan Culmo (King, Abigail) (Entered: 12/05/2024) |
| 12/05/2024 | 64 | WAIVER OF INDICTMENT by Justin Ryan Culmo (AMS) (Entered: 12/06/2024) |
| 12/05/2024 | 65 | **ACCEPTANCE OF THE WAIVER OF INDICTMENT as to Justin Ryan Culmo. Signed by Magistrate Judge Christopher P. Tuite on 12/5/2024. (AMS)** (Entered: 12/06/2024) |
| 12/05/2024 | 66 | CONSENT regarding entry of a plea of guilty as to Justin Ryan Culmo (AMS) (Entered: 12/06/2024) |

| 12/05/2024 | 67 | CONSENT to institute presentence investigation report as to Justin Ryan Culmo. (AMS) (Entered: 12/06/2024) |
|---|---|---|
| 12/05/2024 | 68 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: GUILTY PLEA HEARING as to Justin Ryan Culmo held on 12/5/2024. (Digital) (AMS) (Entered: 12/06/2024) |
| 12/05/2024 | 69 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count(s) One through Six of the Superseding Information as to Justin Ryan Culmo. Signed by Magistrate Judge Christopher P. Tuite on 12/5/2024. (AMS)** (Entered: 12/06/2024) |
| 12/10/2024 | 70 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Counts One, Two, Three, Four, Five and Six of the Superseding Information as to Justin Ryan Culmo. Signed by Judge Virginia M. Hernandez Covington on 12/10/2024.(Sentencing set for 3/5/2025 at 11:00AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Counsel should notify CRD Magaly Justiniano at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.) (MEJ) (Entered: 12/10/2024) |
| 12/20/2024 | 71 | NOTICE OF ATTORNEY APPEARANCE Julie A. Simonsen appearing for USA. (Simonsen, Julie) (Entered: 12/20/2024) |
| 01/14/2025 | 72 | MOTION for Forfeiture of a Preliminary Order by USA as to Justin Ryan Culmo. (Nebesky, Suzanne) (Entered: 01/14/2025) |
| 01/16/2025 | 73 | **ORDER granting 72 Motion for Forfeiture of Property as to Justin Ryan Culmo (1). Signed by Judge Virginia M. Hernandez Covington on 1/16/2025. (MEJ)** (Entered: 01/16/2025) |
| 02/12/2025 | 75 | Unopposed MOTION to Continue Sentencing by Justin Ryan Culmo. (Hardin, Nicole) (Entered: 02/12/2025) |
| 02/12/2025 | 76 | **ENDORSED ORDER granting Defendant Justin Ryan Culmo's unopposed motion to continue sentencing. (Doc. # 75). The Clerk is directed to reschedule the sentencing hearing for a date in May 2025. Signed by Judge Virginia M. Hernandez Covington on 2/12/2025. (MG)** (Entered: 02/12/2025) |
| 02/13/2025 | 77 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 03/05/2025 is rescheduled as to Justin Ryan Culmo. New hearing date and time:Sentencing set for 5/12/2025 at 01:30PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (DAY) (Entered: 02/13/2025) |
| 03/03/2025 | 78 | PROOF OF PUBLICATION as to Justin Ryan Culmo newspaper: Official Government Internet Site (www.forfeiture.gov) dates of publication: 30 consecutive days from January 30, 2025 through February 28, 2025. (Nebesky, Suzanne) (Entered: 03/03/2025) |
| 03/13/2025 | 79 | NOTICE OF ATTORNEY APPEARANCE: Russell K. Rosenthal appearing for Justin Ryan Culmo *and Substitution of Counsel* (Rosenthal, Russell) (Entered: 03/13/2025) |
| 03/13/2025 | 80 | NOTICE OF ATTORNEY APPEARANCE: Russell K. Rosenthal appearing for Justin Ryan Culmo *and Substitution of Counsel (Amended)* (Rosenthal, Russell) (Entered: 03/13/2025) |
| 03/20/2025 | 81 | Unopposed MOTION to Continue Sentencing by Justin Ryan Culmo. (Rosenthal, Russell) (Entered: 03/20/2025) |
| 03/24/2025 | 82 | **ENDORSED ORDER granting Defendant Justin Ryan Culmo's Unopposed Motion to Continue Sentencing. (Doc. # 81). The Clerk is directed to reschedule the** |

| | | |
|---|---|---|
| | | sentencing hearing for a later date. Signed by Judge Virginia M. Hernandez Covington on 3/24/2025. (MG) (Entered: 03/24/2025) |
| 03/24/2025 | 83 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 5/12/2025 is rescheduled as to Justin Ryan Culmo. New hearing date and time: Sentencing set for 5/20/2025 at 11:00AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (MEJ) (Entered: 03/24/2025) |
| 04/01/2025 | 84 | MOTION for Forfeiture of a Final Order by USA as to Justin Ryan Culmo. (Nebesky, Suzanne) (Entered: 04/01/2025) |
| 04/01/2025 | 85 | **ORDER granting 84 Motion for Forfeiture of Property as to Justin Ryan Culmo (1). Signed by Judge Virginia M. Hernandez Covington on 4/1/2025. (JCG)** (Entered: 04/01/2025) |
| 05/16/2025 | 88 | SENTENCING MEMORANDUM by Justin Ryan Culmo (Attachments: # 1 Appendix) (Rosenthal, Russell) (Entered: 05/16/2025) |
| 05/19/2025 | 89 | SENTENCING MEMORANDUM by USA as to Justin Ryan Culmo. (King, Abigail) (Entered: 05/19/2025) |
| 05/20/2025 | 92 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: SENTENCING held on 5/20/2025 for Justin Ryan Culmo (1), Count(s) 1, 2, 3-4, 5, dismissed on the motion of the United States.; Count(s) 1s, 2s, 3s-4s, 5s-6s, Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately.. Court Reporter: Lori Cecil Vollmer (MEJ) (Entered: 05/20/2025) |
| 05/21/2025 | 93 | **JUDGMENT as to Justin Ryan Culmo (1), Count(s) 1, 2, 3-4, 5, dismissed on the motion of the United States.; Count(s) 1s, 2s, 3s-4s, 5s-6s, Imprisonment: NINE HUNDRED (900) MONTHS. This term consists of a 360-month term as to Counts One, Three, and Four, to run concurrently; a 240-month term as to Count Two, to run consecutive to Counts One, Three, and Four; a 120-month term as to Count Five, to run consecutive to Counts One, Two, Three, and Four; and a 180-month term as to Count Six, to run consecutive to Counts One, Two, Three, Four, and Five; Supervised Release: LIFE. This term consists of a Life term as to Counts One through Six, all such terms to run concurrently; Fine is waived; Restitution: Deferred; Special Assessment: $600.00 to be paid immediately. Signed by Judge Virginia M. Hernandez Covington on 5/21/2025. (MEJ)** (Entered: 05/21/2025) |
| 06/03/2025 | 95 | NOTICE OF APPEAL by Justin Ryan Culmo re 93 Judgment. Filing fee not paid (Rosenthal, Russell) (Entered: 06/03/2025) |