**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

3   UNITED STATES OF AMERICA,

4                        Plaintiff,

5        vs.                    CASE NO. 8:23-cr-385-VMC-CPT
                                November 9, 2023
6                               Tampa, Florida
                                10:05 - 10:16 a.m.
7
     JUSTIN RYAN CULMO,
8
                         Defendant.
9    _____/

10

11

12
                **TRANSCRIPT OF ARRAIGNMENT HEARING**
13          BEFORE THE HONORABLE CHRISTOPHER P. TUITE
                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24   Proceedings transcribed via courtroom digital audio
     recording by transcriptionist using computer-aided
25   transcription.

**APPEARANCES:**


For the Government:       ERIN FAVORIT, ESQ.
                          Assistant U.S. Attorney
                          400 N. Tampa Street, Suite 3200
                          Tampa, Florida 33602
                          813/274-6000


For the Defendant:        MARK J. O'BRIEN, ESQ.
                          O'Brien Hatfield, PA
                          511 West Bay Street, Suite 330
                          Tampa, Florida 33606-3533
                          813/228-6989

                          HOWARD WILLIAMS, ESQ.
                          Federal Public Defender
                          400 N. Tampa St., Suite 2700
                          Tampa, Florida 33602
                          813/228-2715


Court Reporter:           Howard W. Jones, RDR, RMR, FCRR
                          801 N. Florida Avenue, Suite 13B
                          Tampa, Florida 33602
                          813/301-6158

* * * * * * * * * *

1            **P R O C E E D I N G S**

2                    (Court called to order.)

3            THE COURT:  Good morning, everyone.

4            Madam Clerk, if you could please call the case.

5            THE DEPUTY CLERK:  United States of America vs.

6    Justin Ryan Culmo, Criminal Case No. 8:23-cr-385.

7            THE COURT:  If I could please have the appearances

8    of counsel for the record beginning with the government.

9            MS. FAVORIT:  Good morning, Your Honor.  Erin

10   Favorit on behalf of the United States.  I'm here covering

11   for Stacie Harris.  Also at counsel table I have Special

12   Agent Brook Harville (ph) and Computer Forensic Agent Justin

13   Gardner (ph).

14           THE COURT:  Good morning to you all.

15           And for the defense.

16           MR. O'BRIEN:  Your Honor, may it please the Court,

17   my name is Mark O'Brien, I am counsel of record currently.

18           THE COURT:  Okay.  And I see we have the Federal

19   Public Defenders Office here.

20           MR. WILLIAMS:  That's correct.  Good morning, Your

21   Honor.  Howard Williams on behalf of the Federal Defenders

22   Office.

23           THE COURT:  Good morning to you both as well.

24           If I could have a moment.

25                    (Brief pause in proceedings.)

1          THE COURT:  Is it Mr. Culmo?  Am I pronouncing

2    your last name correctly?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  Okay.  I appreciate you having the

5    microphone close to you there so that we can properly hear

6    you.

7          You are here in Federal court because a grand jury

8    sitting in this District has returned an indictment charging

9    you with a number of felony offenses.

10          I want to make sure at the outset that you have

11    received a copy of the indictment.

12          Mr. O'Brien, has the defendant received a copy of

13    the indictment?

14          MR. O'BRIEN:  Your Honor, I have mailed the

15    defendant a copy of the indictment, however, he has not

16    received it.  I have, however, brought a copy of it today.

17          THE COURT:  Okay.  Madam Clerk, if you could print

18    out a hard copy of the indictment.

19          We'll supply that to you, Mr. Culmo.

20          Thank you, Mr. O'Brien.

21          The purpose of the hearing today, Mr. Culmo, is to

22    advise you of the nature of the charges contained in the

23    indictment, to advise you as well of certain of your

24    constitutional rights in connection with those charges, to

25    address the matter of your representation by counsel, and to

1    set some hearings to be following -- or to follow this

2    proceeding.

3              Beginning with your constitutional rights a

4    moment, the first of which is your right to remain silent;

5    that is, you have a right not to make a statement to anyone.

6              If you've already made a statement, Mr. Culmo, you

7    need not say anything further.

8              If in the future you begin to make a statement,

9    you may stop at any time.

10             Please keep in mind that any statement that you do

11   make outside the private consultation with your lawyer may

12   be used against you.

13             Do you understand your right to remain silent?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  Mr. O'Brien, is your client a citizen

16   of the United States?

17             MR. O'BRIEN:  Yes, Your Honor.

18             THE COURT:  Okay.  In addition to your right to

19   remain silent, you also have the right to counsel; that is,

20   you have the right to be represented by an attorney in

21   connection with the charge in this case.  Your right to

22   counsel extends to all phases of your case, whether they

23   occur in the courtroom, as is the situation now, or outside

24   the courtroom.

25             You also have the right to have an attorney with

1   you during any questioning by authorities.

2           In addition, you have the right to retain your own

3   lawyer of your own choosing using your own money or, if you

4   qualify, you have the right to have an attorney appointed to

5   represent you at no cost.

6           Do you understand your right to counsel?

7           THE DEFENDANT:  Yes, Your Honor.

8           THE COURT:  The record shall reflect that Madam

9   Clerk handed you a document, which I believe is a copy of

10  the indictment.  Mr. Culmo, do you have a physical copy now

11  of the indictment?

12          THE DEFENDANT:  Yes, Your Honor.

13          THE COURT:  Okay.  It's my understanding that you

14  have retained Mr. O'Brien or were going to retain

15  Mr. O'Brien in this case.

16          Do I understand that correctly, Mr. Culmo?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  Mr. O'Brien, any thoughts you have

19  there or updates?

20          MR. O'BRIEN:  Your Honor, I have had a

21  conversation with my client and we have come to a mutual

22  agreement that I am not going to represent Mr. Culmo going

23  forward and I believe the -- Mr. Williams is present to

24  assist him if the Court deems it appropriate to appoint the

25  Federal Public Defenders Office.

1      THE COURT:  Okay.  Thank you, Mr. O'Brien.

2      So, Mr. Culmo, I'll look to you.  Do you wish to

3 retain your own lawyer using your own money or do you wish

4 to have a lawyer appointed to represent you at no cost?

5      THE DEFENDANT:  I believe right now it would be

6 appropriate for me to have a public defender.

7      THE COURT:  So you wish to have an attorney

8 appointed to represent you?

9      THE DEFENDANT:  Yes.  Yes.

10      THE COURT:  Mr. Williams, have you seen the

11 financial affidavit?

12      MR. WILLIAMS:  I cannot say that I have seen the

13 financial affidavit, Your Honor.

14      THE COURT:  Madam Clerk, could you kindly provide

15 a copy of the financial affidavit to Mr. Williams?

16      THE DEPUTY CLERK:  (Complies).

17      MR. O'BRIEN:  Your Honor, I am sorry to interrupt

18 the Court.  I believe that the financial affidavit that

19 Mr. Culmo filled out during his first appearance is likely

20 inaccurate given the recent events that have happened in his

21 personal life.  There is a pending divorce and I believe

22 that his assets are no longer what he had originally

23 thought.

24      THE COURT:  Are you predicating that in part on

25 his employment as well?

1       MR. O'BRIEN: His employment and what he valued

2  certain assets that just don't have that type of value. And

3  also, given the fact that there will be a divorce and,

4  obviously, the marital assets will be divided appropriately.

5  So I don't think that -- if the Court has any concern that

6  perhaps he doesn't qualify for the Federal Public Defenders

7  Office, I think that perhaps he does, Judge, given my

8  understanding of the situation. I am aware that there is a

9  pending divorce proceeding against Mr. Culmo.

10       THE COURT: Okay. Thank you, Mr. O'Brien.

11       Mr. Williams, have you received a copy of the

12  financial affidavit?

13       MR. WILLIAMS: I have, Your Honor.

14       THE COURT: What say you to the representations

15  made there as to whether you believe Mr. Culmo qualifies for

16  the appointment of counsel?

17       MR. WILLIAMS: Your Honor, obviously, based on

18  Mr. O'Brien being an officer of the Court, I take everything

19  he says as truthful and I'm sure that, you know, his

20  assessment in conversations with the client is based on his

21  current circumstances, noting that this was completed at

22  9/27/23. So a bit of time ago and things may have changed

23  since then and, you know, at least we would ask the Court to

24  provisionally appoint us at this point based on the

25  representations that have been made.

1          THE COURT:  Based upon the representations that

2   have been made by Mr. O'Brien, those set forth in the

3   financial affidavit, much of which I now understand from

4   Mr. O'Brien's information, which at this point is not

5   contested --

6          Mr. Culmo, Mr. O'Brien's made a number of

7   representations about your financial situation.  Are those

8   fair representations?

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  Okay.  So based upon the information

11   currently supplied to the Court about Mr. Culmo's current

12   financial circumstance, I find that he qualifies for the

13   appointment of counsel.  I'll formally appoint the Federal

14   Public Defenders Office to represent him.

15          Mr. Williams, do you accept the appointment?

16          MR. WILLIAMS:  Yes, Your Honor, we would accept

17   the appointment.

18          THE COURT:  If I could have a moment.

19          (Brief pause in proceedings.)

20          THE COURT:  Let me just add to my comments

21   regarding defendant's qualification for appointment of

22   counsel, it's my understanding that the Federal Public

23   Defenders Office, Mr. Williams, was previously appointed to

24   represent Mr. Culmo based on the financial affidavit.

25          Is that your understanding as well?

1          MR. WILLIAMS:  That I had been previously

2    appointed?

3          THE COURT:  Your office was before Mr. O'Brien

4    came in.

5          MR. WILLIAMS:  That would probably -- yes, I could

6    believe that, Your Honor, yes.

7          THE COURT:  Did you say you accept the

8    appointment?

9          MR. WILLIAMS:  Yes, Your Honor, absolutely, we

10   accept the appointment.

11         THE COURT:  With that, Mr. O'Brien, do you wish to

12   make an ore tenus motion?

13         MR. O'BRIEN:  Your Honor, may I make an ore tenus

14   motion to withdraw as counsel of record in this case given

15   the events that have taken place this morning?

16         THE COURT:  Any objection from the government?

17         MS. FAVORIT:  No, Your Honor.

18         THE COURT:  Based on the events of this morning,

19   that ore tenus motion is granted, Mr. O'Brien will be no

20   longer counsel of record for the defendant.

21         Mr. O'Brien, you're still standing, which

22   typically indicates that you wish to provide further

23   information.

24         MR. O'BRIEN:  May I be excused, Your Honor?

25         THE COURT:  You may.

1          MR. O'BRIEN:  Thank you, Your Honor.

2          THE COURT:  Thank you.

3          Mr. Williams, if the circumstances in the future

4   should reveal that Mr. Culmo does not qualify for the

5   appointment of counsel, I trust that your office will so

6   advise the Court?

7          MR. WILLIAMS:  Absolutely, Your Honor.

8          THE COURT:  Okay.  Ms. Favorit, could you advise

9   as to the nature of the charges here?

10         MS. FAVORIT:  Your Honor, Mr. Culmo is charged

11  with multiple counts of production -- are we doing the

12  detention argument at this time?

13         THE COURT:  We're just doing the nature of the

14  charges as part of the arraignment process.

15         MS. FAVORIT:  Gotcha.  Yes.  He's charged with

16  production.  He's also, it turns out, the creator of

17  multiple series of child pornography and that's what this

18  case is about.

19         THE COURT:  Okay.  Count One is?  What's the

20  nature of the charge in Count One?

21         MS. FAVORIT:  Count One is producing a visual

22  depiction of child pornography.

23         THE COURT:  And Count Two?

24         MS. FAVORIT:  Count Two is distributing a visual

25  depiction of child pornography.

1          THE COURT:  And Count Three?

2          MS. FAVORIT:  It's producing a visual depiction of

3     child pornography.

4          THE COURT:  Count Four?

5          MS. FAVORIT:  Producing a visual depiction of

6     child pornography.

7          THE COURT:  And Count Five?

8          MS. FAVORIT:  Producing a visual depiction of

9     child pornography.  And possessing that, I'm sorry.

10          THE COURT:  Mr. Williams, do you waive a full and

11     formal reading of the indictment on behalf of your client

12     and are you prepared to enter a plea on his behalf at this

13     time?

14          MR. WILLIAMS:  Your Honor, we would waive a formal

15     reading of the indictment, we'd enter a not guilty plea, and

16     request to participate in Rule 16 discovery.

17          THE COURT:  Ms. Favorit, does the government

18     request to participate in reciprocal discovery under Rule 16

19     at the appropriate juncture?

20          MS. FAVORIT:  We do, Your Honor.

21          THE COURT:  Both of those requests will be deemed

22     ore tenus motions.  Both motions are granted.

23          Pleas of not guilty will be entered on the

24     defendant's behalf as to all counts in the indictment.

25          If I could have a moment.

1              (Brief pause in proceedings.)

2              THE COURT:  My understanding, Mr. Williams, that

3    your client is detained pursuant to a detention order.

4              Do I understand that correctly?

5              MR. WILLIAMS:  I believe that to be correct,

6    Your Honor, yes.

7              THE COURT:  Ms. Favorit, is that your

8    understanding as well?

9              MS. FAVORIT:  Yes, it was my understanding he

10   wasn't going to seek release today.

11             MR. WILLIAMS:  That's correct, Your Honor.

12             THE COURT:  Okay.  For the benefit of counsel,

13   this case is scheduled for the trial term beginning on

14   January 2nd.  The case itself is assigned to Judge

15   Covington.  There's a status scheduled for December 7th at

16   9:30.

17             Madam Clerk, has the oral admonition been given

18   under the Due Process Protection Act?

19             THE DEPUTY CLERK:  It has, Your Honor.

20             THE COURT:  Okay.  Anything further, Ms. Favorit,

21   the Court may have missed?

22             MS. FAVORIT:  No, Your Honor.  Thank you.

23             THE COURT:  Thank you.

24             Mr. Williams, anything further from the defense?

25             MR. WILLIAMS:  No, Your Honor, not from the

1  defense.

2          THE COURT:  Thank you.  We'll be in recess.

3                  (Proceedings concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   UNITED STATES DISTRICT COURT )
                                 )
2   MIDDLE DISTRICT OF FLORIDA   )

3
              REPORTER TRANSCRIPT CERTIFICATE
4
         I, Howard W. Jones, Official Court Reporter for the
5   United States District Court, Middle District of Florida,
    certify, pursuant to Section 753, Title 28, United States
6   Code, that the foregoing is a true and correct transcription
    of the stenographic notes taken by the undersigned in the
7   above-entitled matter (Pages 1 through 13 inclusive) and
    that the transcript page format is in conformance with the
8   regulations of the Judicial Conference of the United States
    of America.

9

10                             /s  Howard W. Jones

11                             Howard W. Jones, RPR, FCRR
                               Official Court Reporter
12                             United States District Court
                               Middle District of Florida
13                             Tampa Division
                               Date:  5/25/2025
14

15

16

17

18

19

20

21

22

23

24

25
```

MR. O'BRIEN: [9] 3/16 4/14 5/17 6/20 7/17 8/1 10/13 10/24 11/1

MR. WILLIAMS: [13] 3/20 7/12 8/13 8/17 9/16 10/1 10/5 10/9 11/7 12/14 13/5 13/11 13/25

MS. FAVORIT: [12] 3/9 10/17 11/10 11/15 11/21 11/24 12/2 12/5 12/8 12/20 13/9 13/22

THE COURT: [47]

THE DEFENDANT: [8] 4/3 5/14 6/7 6/12 6/17 7/5 7/9 9/9

THE DEPUTY CLERK: [3] 3/5 7/16 13/19

**/**

/s [1] 15/10

**1**

10:05 [1] 1/6
10:16 [1] 1/6
13 [1] 15/7

13B [1] 2/13
16 [2] 12/16 12/18

**2**

2023 [1] 1/5
2025 [1] 15/13
23 [1] 8/22
2700 [1] 2/10
2715 [1] 2/11
28 [1] 15/5
2nd [1] 13/14

**3**

3200 [1] 2/3
330 [1] 2/7
33602 [3] 2/4 2/10 2/13
33606-3533 [1] 2/7
3533 [1] 2/7
385 [1] 3/6

**4**

400 [2] 2/3 2/10

**5**

5/25/2025 [1] 15/13
511 [1] 2/7

**6**

6000 [1] 2/4
6158 [1] 2/14
6989 [1] 2/8

**7**

753 [1] 15/5
7th [1] 13/15

**8**

801 [1] 2/13
813/228-2715 [1] 2/11
813/228-6989 [1] 2/8
813/274-6000 [1] 2/4
813/301-6158 [1] 2/14
8:23-cr-385-VMC-CPT [1] 1/5

**9**

9/27/23 [1] 8/22
9:30 [1] 13/16

**A**

a.m [1] 1/6
about [3] 9/7 9/11 11/18
above [1] 15/7
above-entitled [1] 15/7
absolutely [2] 10/9 11/7
accept [4] 9/15 9/16 10/7 10/10
Act [1] 13/18

## A

add [1]  9/20
addition [2]  5/18 6/2
address [1]  4/25
admonition [1]  13/17
advise [4]  4/22 4/23 11/6 11/8
affidavit [7]  7/11 7/13 7/15 7/18 8/12 9/3 9/24
against [2]  5/12 8/9
Agent [2]  3/12 3/12
Agent Brook [1]  3/12
Agent Justin [1]  3/12
ago [1]  8/22
agreement [1]  6/22
aided [1]  1/24
all [3]  3/14 5/22 12/24
already [1]  5/6
also [5]  3/11 5/19 5/25 8/3 11/16
am [5]  3/17 4/1 6/22 7/17 8/8
AMERICA [3]  1/3 3/5 15/8
any [6]  5/9 5/10 6/1 6/18 8/5 10/16
anyone [1]  5/5
anything [3]  5/7 13/20 13/24
appearance [1]  7/19
appearances [2]  1/25 3/7
appoint [3]  6/24 8/24 9/13
appointed [5]  6/4 7/4 7/8 9/23 10/2
appointment [8]  8/16 9/13 9/15 9/17 9/21 10/8 10/10 11/5
appreciate [1]  4/4
appropriate [3]  6/24 7/6 12/19
appropriately [1]  8/4
are [7]  4/7 7/22 7/24 9/7 11/11 12/12 12/22
argument [1]  11/12
arraignment [2]  1/12 11/14
as [12]  3/23 4/23 5/23 7/25 8/15 8/19 9/25 10/14 11/9 11/14 12/24 13/8
ask [1]  8/23
assessment [1]  8/20
assets [3]  7/22 8/2 8/4
assigned [1]  13/14
assist [1]  6/24
Assistant [1]  2/3
attorney [5]  2/3 5/20 5/25 6/4 7/7
audio [1]  1/24
authorities [1]  6/1
Avenue [1]  2/13
aware [1]  8/8

## B

based [7]  8/17 8/20 8/24 9/1 9/10 9/24 10/18
Bay [1]  2/7
be [12]  5/1 5/12 5/20 7/5 8/3 8/4 10/19 10/24 12/21 12/23 13/5 14/2
because [1]  4/7
been [4]  8/25 9/2 10/1 13/17
before [2]  1/13 10/3
begin [1]  5/8
beginning [3]  3/8 5/3 13/13
behalf [5]  3/10 3/21 12/11 12/12 12/24
being [1]  8/18
believe [8]  6/9 6/23 7/5 7/18 7/21 8/15

**B**

believe... [2]  10/6
13/5
benefit [1]  13/12
bit [1]  8/22
both [3]  3/23 12/21
12/22
Brief [3]  3/25 9/19
13/1
Brook [1]  3/12
brought [1]  4/16

**C**

call [1]  3/4
called [1]  3/2
came [1]  10/4
can [1]  4/5
cannot [1]  7/12
case [10]  1/5 3/4
3/6 5/21 5/22 6/15
10/14 11/18 13/13
13/14
certain [2]  4/23 8/2
CERTIFICATE [1]
15/3
certify [1]  15/5
changed [1]  8/22
charge [2]  5/21
11/20
charged [2]  11/10
11/15
charges [4]  4/22

4/24 11/9 11/14
charging [1]  4/8
child [6]  11/17
11/22 11/25 12/3
12/6 12/9
choosing [1]  6/3
CHRISTOPHER
[1]  1/13
circumstance [1]
9/12
circumstances [2]
8/21 11/3
citizen [1]  5/15
Clerk [5]  3/4 4/17
6/9 7/14 13/17
client [5]  5/15 6/21
8/20 12/11 13/3
close [1]  4/5
Code [1]  15/6
come [1]  6/21
comments [1]  9/20
completed [1]  8/21
Complies [1]  7/16
computer [2]  1/24
3/12
computer-aided [1]
1/24
concern [1]  8/5
concluded [1]  14/3
Conference [1]
15/8
conformance [1]

15/7
connection [2]  4/24
5/21
constitutional [2]
4/24 5/3
consultation [1]
5/11
contained [1]  4/22
contested [1]  9/5
conversation [1]
6/21
conversations [1]
8/20
copy [9]  4/11 4/12
4/15 4/16 4/18 6/9
6/10 7/15 8/11
correct [4]  3/20
13/5 13/11 15/6
correctly [3]  4/2
6/16 13/4
cost [2]  6/5 7/4
could [9]  3/4 3/7
3/24 4/17 7/14 9/18
10/5 11/8 12/25
counsel [14]  3/8
3/11 3/17 4/25 5/19
5/22 6/6 8/16 9/13
9/22 10/14 10/20
11/5 13/12
Count [8]  11/19
11/20 11/21 11/23
11/24 12/1 12/4

**C**

Count... [1]  12/7
counts [2]  11/11 12/24
court [18]
courtroom [3]  1/24 5/23 5/24
covering [1]  3/10
Covington [1]  13/15
CPT [1]  1/5
cr [2]  1/5 3/6
creator [1]  11/16
Criminal [1]  3/6
CULMO [17]
Culmo's [1]  9/11
current [2]  8/21 9/11
currently [2]  3/17 9/11

**D**

Date [1]  15/13
December [1]  13/15
December 7th [1]  13/15
deemed [1]  12/21
deems [1]  6/24
defendant [5]  1/8 2/6 4/12 4/15 10/20
defendant's [2] 9/21 12/24
defender [2]  2/9 7/6
Defenders [6]  3/19 3/21 6/25 8/6 9/14 9/23
defense [3]  3/15 13/24 14/1
depiction [5]  11/22 11/25 12/2 12/5 12/8
detained [1]  13/3
detention [2]  11/12 13/3
Did [1]  10/7
digital [1]  1/24
discovery [2]  12/16 12/18
distributing [1]  11/24
DISTRICT [9]  1/1 1/1 4/8 15/1 15/2 15/5 15/5 15/12 15/12
divided [1]  8/4
DIVISION [2]  1/2 15/13
divorce [3]  7/21 8/3 8/9
do [12]  5/10 5/13 6/6 6/10 6/16 7/2 7/3 9/15 10/11 12/10 12/20 13/4
document [1]  6/9
does [3]  8/7 11/4 12/17
doesn't [1]  8/6
doing [2]  11/11 11/13
don't [2]  8/2 8/5
Due [1]  13/18
during [2]  6/1 7/19

**E**

employment [2]  7/25 8/1
enter [2]  12/12 12/15
entered [1]  12/23
entitled [1]  15/7
ERIN [2]  2/2 3/9
ESQ [3]  2/2 2/6 2/9
events [3]  7/20 10/15 10/18
everyone [1]  3/3
everything [1]  8/18
excused [1]  10/24
extends [1]  5/22

**F**

fact [1]  8/3
fair [1]  9/8
FAVORIT [6]  2/2 3/10 11/8 12/17 13/7 13/20
FCRR [2]  2/12

**F**

FCRR... [1]  15/11
Federal [8]  2/9 3/18 3/21 4/7 6/25 8/6 9/13 9/22
felony [1]  4/9
filled [1]  7/19
financial [9]  7/11 7/13 7/15 7/18 8/12 9/3 9/7 9/12 9/24
find [1]  9/12
first [2]  5/4 7/19
Five [1]  12/7
FLORIDA [10]  1/1 1/6 2/4 2/7 2/10 2/13 2/13 15/2 15/5 15/12
follow [1]  5/1
following [1]  5/1
foregoing [1]  15/6
Forensic [1]  3/12
formal [2]  12/11 12/14
formally [1]  9/13
format [1]  15/7
forth [1]  9/2
forward [1]  6/23
Four [1]  12/4
full [1]  12/10
further [4]  5/7 10/22 13/20 13/24
future [2]  5/8 11/3

**G**

Gardner [1]  3/13
given [5]  7/20 8/3 8/7 10/14 13/17
going [4]  6/14 6/22 6/22 13/10
Good [5]  3/3 3/9 3/14 3/20 3/23
Gotcha [1]  11/15
government [4]  2/2 3/8 10/16 12/17
grand [1]  4/7
granted [2]  10/19 12/22
guilty [2]  12/15 12/23

**H**

had [3]  6/20 7/22 10/1
handed [1]  6/9
happened [1]  7/20
hard [1]  4/18
Harris [1]  3/11
Harville [1]  3/12
has [6]  4/8 4/12 4/15 8/5 13/17 13/19
Hatfield [1]  2/6
have [36]
having [1]  4/4
he [8]  4/15 7/22 8/1 8/6 8/7 8/19 9/12 13/9
He's [2]  11/15 11/16
hear [1]  4/5
hearing [2]  1/12 4/21
hearings [1]  5/1
here [4]  3/10 3/19 4/7 11/9
him [2]  6/24 9/14
his [8]  7/19 7/20 7/22 7/25 8/1 8/19 8/20 12/12
Honor [32]
HONORABLE [1]  1/13
HOWARD [6]  2/9 2/12 3/21 15/4 15/10 15/11
however [2]  4/15 4/16

**I**

I'll [2]  7/2 9/13
I'm [3]  3/10 8/19 12/9
inaccurate [1]  7/20
inclusive [1]  15/7
indicates [1]  10/22
indictment [11]  4/8 4/11 4/13 4/15 4/18 4/23 6/10 6/11

**I**

indictment... [3] 12/11 12/15 12/24
information [3] 9/4 9/10 10/23
interrupt [1] 7/17
is [28]
it [9] 3/16 4/1 4/16 4/16 6/24 7/5 11/16 13/9 13/19
it's [3] 6/13 9/22 12/2
itself [1] 13/14

**J**

January [1] 13/14
January 2nd [1] 13/14
Jones [4] 2/12 15/4 15/10 15/11
JUDGE [3] 1/13 8/7 13/14
Judicial [1] 15/8
juncture [1] 12/19
jury [1] 4/7
just [3] 8/2 9/20 11/13
JUSTIN [3] 1/7 3/6 3/12

**K**

keep [1] 5/10
kindly [1] 7/14

know [2] 8/19 8/23

**L**

last [1] 4/2
lawyer [4] 5/11 6/3 7/3 7/4
least [1] 8/23
Let [1] 9/20
life [1] 7/21
likely [1] 7/19
longer [2] 7/22 10/20
look [1] 7/2

**M**

Madam [5] 3/4 4/17 6/8 7/14 13/17
made [5] 5/6 8/15 8/25 9/2 9/6
MAGISTRATE [1] 1/13
mailed [1] 4/14
make [6] 4/10 5/5 5/8 5/11 10/12 10/13
marital [1] 8/4
MARK [2] 2/6 3/17
matter [2] 4/25 15/7
may [8] 3/16 5/9 5/11 8/22 10/13 10/24 10/25 13/21
me [2] 7/6 9/20

microphone [1] 4/5
MIDDLE [4] 1/1 15/2 15/5 15/12
mind [1] 5/10
missed [1] 13/21
moment [4] 3/24 5/4 9/18 12/25
money [2] 6/3 7/3
morning [7] 3/3 3/9 3/14 3/20 3/23 10/15 10/18
motion [3] 10/12 10/14 10/19
motions [2] 12/22 12/22
Mr. [42]
Mr. Culmo [15] 4/1 4/19 4/21 5/6 6/10 6/16 6/22 7/2 7/19 8/9 8/15 9/6 9/24 11/4 11/10
Mr. Culmo's [1] 9/11
Mr. O'Brien [14] 4/12 4/20 5/15 6/14 6/15 6/18 7/1 8/10 8/18 9/2 10/3 10/11 10/19 10/21
Mr. O'Brien's [2] 9/4 9/6
Mr. Williams [10] 6/23 7/10 7/15 8/11

**M**

Mr. Williams... [6]  9/15 9/23 11/3 12/10 13/2 13/24

Ms. [4]  11/8 12/17 13/7 13/20

Ms. Favorit [4]  11/8 12/17 13/7 13/20

much [1]  9/3

multiple [2]  11/11 11/17

mutual [1]  6/21

my [8]  3/17 6/13 6/21 8/7 9/20 9/22 13/2 13/9

**N**

name [2]  3/17 4/2

nature [4]  4/22 11/9 11/13 11/20

need [1]  5/7

no [8]  1/5 6/5 7/4 7/22 10/17 10/19 13/22 13/25

No. [1]  3/6

No. 8:23-cr-385 [1]  3/6

not [9]  4/15 5/5 5/7 6/22 9/4 11/4 12/15 12/23 13/25

notes [1]  15/6

noting [1]  8/21

November [1]  1/5

now [4]  5/23 6/10 7/5 9/3

number [2]  4/9 9/6

**O**

O'BRIEN [17]

O'Brien's [2]  9/4 9/6

objection [1]  10/16

obviously [2]  8/4 8/17

occur [1]  5/23

offenses [1]  4/9

office [8]  3/19 3/22 6/25 8/7 9/14 9/23 10/3 11/5

officer [1]  8/18

Official [2]  15/4 15/11

Okay [12]  3/18 4/4 4/17 5/18 6/13 7/1 8/10 9/10 11/8 11/19 13/12 13/20

One [3]  11/19 11/20 11/21

oral [1]  13/17

order [2]  3/2 13/3

ore [4]  10/12 10/13 10/19 12/22

originally [1]  7/22

out [3]  4/18 7/19

11/16

outset [1]  4/10

outside [2]  5/11 5/23

own [5]  6/2 6/3 6/3 7/3 7/3

**P**

PA [1]  2/6

page [1]  15/7

Pages [1]  15/7

part [2]  7/24 11/14

participate [2]  12/16 12/18

pause [3]  3/25 9/19 13/1

pending [2]  7/21 8/9

perhaps [2]  8/6 8/7

personal [1]  7/21

ph [2]  3/12 3/13

phases [1]  5/22

physical [1]  6/10

place [1]  10/15

Plaintiff [1]  1/4

plea [2]  12/12 12/15

Pleas [1]  12/23

please [4]  3/4 3/7 3/16 5/10

point [2]  8/24 9/4

pornography [6]  11/17 11/22 11/25 12/3 12/6 12/9

**P**

possessing [1]  12/9
predicating [1]  7/24
prepared [1]  12/12
present [1]  6/23
previously [2]  9/23 10/1
print [1]  4/17
private [1]  5/11
probably [1]  10/5
proceeding [2]  5/2 8/9
proceedings [5]  1/24 3/25 9/19 13/1 14/3
process [2]  11/14 13/18
producing [4]  11/21 12/2 12/5 12/8
production [2]  11/11 11/16
pronouncing [1]  4/1
properly [1]  4/5
Protection [1]  13/18
provide [2]  7/14 10/22
provisionally [1]  8/24

public [7]  2/9 3/19 6/25 7/6 8/6 9/14 9/22
purpose [1]  4/21
pursuant [2]  13/3 15/5

**Q**

qualification [1]  9/21
qualifies [2]  8/15 9/12
qualify [3]  6/4 8/6 11/4
questioning [1]  6/1

**R**

RDR [1]  2/12
reading [2]  12/11 12/15
received [4]  4/11 4/12 4/16 8/11
recent [1]  7/20
recess [1]  14/2
reciprocal [1]  12/18
record [5]  3/8 3/17 6/8 10/14 10/20
recording [1]  1/24
reflect [1]  6/8
regarding [1]  9/21
regulations [1]  15/8
release [1]  13/10

remain [3]  5/4 5/13 5/19
Reporter [4]  2/12 15/3 15/4 15/11
represent [6]  6/5 6/22 7/4 7/8 9/14 9/24
representation [1]  4/25
representations [5]  8/14 8/25 9/1 9/7 9/8
represented [1]  5/20
request [2]  12/16 12/18
requests [1]  12/21
retain [3]  6/2 6/14 7/3
retained [1]  6/14
returned [1]  4/8
reveal [1]  11/4
right [12]  5/4 5/5 5/13 5/18 5/19 5/20 5/21 5/25 6/2 6/4 6/6 7/5
rights [2]  4/24 5/3
RMR [1]  2/12
RPR [1]  15/11
Rule [2]  12/16 12/18
Rule 16 [2]  12/16

**R**

Rule 16... [1]  12/18
RYAN [2]  1/7 3/6

**S**

say [4]  5/7 7/12
 8/14 10/7
says [1]  8/19
scheduled [2]  13/13
 13/15
Section [1]  15/5
see [1]  3/18
seek [1]  13/10
seen [2]  7/10 7/12
series [1]  11/17
set [2]  5/1 9/2
shall [1]  6/8
should [1]  11/4
silent [3]  5/4 5/13
 5/19
since [1]  8/23
sitting [1]  4/8
situation [3]  5/23
 8/8 9/7
so [7]  4/5 7/2 7/7
 8/5 8/22 9/10 11/5
some [1]  5/1
sorry [2]  7/17 12/9
Special [1]  3/11
St [1]  2/10
Stacie [1]  3/11
standing [1]  10/21

statement [4]  5/5
 5/6 5/8 5/10
STATES [11]  1/1
 1/3 1/13 3/5 3/10
 5/16 15/1 15/5 15/5
 15/8 15/12
status [1]  13/15
stenographic [1]
 15/6
still [1]  10/21
stop [1]  5/9
Street [2]  2/3 2/7
Suite [4]  2/3 2/7
 2/10 2/13
supplied [1]  9/11
supply [1]  4/19
sure [2]  4/10 8/19

**T**

table [1]  3/11
take [1]  8/18
taken [2]  10/15
 15/6
TAMPA [9]  1/2 1/6
 2/3 2/4 2/7 2/10
 2/10 2/13 15/13
tenus [4]  10/12
 10/13 10/19 12/22
term [1]  13/13
Thank [8]  4/20 7/1
 8/10 11/1 11/2
 13/22 13/23 14/2
that [47]

that's [3]  3/20
 11/17 13/11
then [1]  8/23
there [6]  4/5 6/19
 7/21 8/3 8/8 8/15
There's [1]  13/15
they [1]  5/22
things [1]  8/22
think [2]  8/5 8/7
this [14]  4/8 5/1
 5/21 6/15 8/21 8/24
 9/4 10/14 10/15
 10/18 11/12 11/17
 12/12 13/13
those [4]  4/24 9/2
 9/7 12/21
thought [1]  7/23
thoughts [1]  6/18
Three [1]  12/1
through [1]  15/7
time [4]  5/9 8/22
 11/12 12/13
Title [1]  15/5
today [3]  4/16 4/21
 13/10
transcribed [1]
 1/24
transcript [3]  1/12
 15/3 15/7
transcription [2]
 1/25 15/6
transcriptionist [1]

**T**

transcriptionist...
 [1] 1/24
trial [1] 13/13
true [1] 15/6
trust [1] 11/5
truthful [1] 8/19
TUITE [1] 1/13
turns [1] 11/16
Two [2] 11/23
 11/24
type [1] 8/2
typically [1] 10/22

**U**

U.S [1] 2/3
under [2] 12/18
 13/18
undersigned [1]
 15/6
understand [5]
 5/13 6/6 6/16 9/3
 13/4
understanding [7]
 6/13 8/8 9/22 9/25
 13/2 13/8 13/9
UNITED [11] 1/1
 1/3 1/13 3/5 3/10
 5/16 14/3 15/5 15/5
 15/8 15/12
updates [1] 6/19
upon [2] 9/1 9/10

us [1] 8/24
used [1] 5/12
using [3] 1/24 6/3
 7/3

**V**

value [1] 8/2
valued [1] 8/1
via [1] 1/24
visual [5] 11/21
 11/24 12/2 12/5
 12/8
VMC [1] 1/5
vs [2] 1/5 3/5

**W**

waive [2] 12/10
 12/14
want [1] 4/10
was [4] 8/21 9/23
 10/3 13/9
wasn't [1] 13/10
we [9] 3/18 4/5 6/21
 8/23 9/16 10/9
 11/11 12/14 12/20
we'd [1] 12/15
We'll [2] 4/19 14/2
We're [1] 11/13
well [5] 3/23 4/23
 7/25 9/25 13/8
were [1] 6/14
West [1] 2/7
what [4] 7/22 8/1

8/14 11/17
What's [1] 11/19
whether [2] 5/22
 8/15
which [5] 5/4 6/9
 9/3 9/4 10/21
will [6] 8/3 8/4
 10/19 11/5 12/21
 12/23
WILLIAMS [12]
 2/9 3/21 6/23 7/10
 7/15 8/11 9/15 9/23
 11/3 12/10 13/2
 13/24
wish [5] 7/2 7/3 7/7
 10/11 10/22
withdraw [1] 10/14
would [5] 7/5 8/23
 9/16 10/5 12/14

**Y**

yes [16]
you [64]
you're [1] 10/21
you've [1] 5/6
your [56]
Your Honor [1]
 13/6