UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:23-cr-385-VMC-CPT

JUSTIN RYAN CULMO

## SATISFACTION OF JUDGMENT

Defendant Justin Ryan Culmo has paid the special assessment and criminal restitution imposed in his Judgment. Therefore, the Clerk of the United States District Court for the Middle District of Florida will mark these criminal monetary penalties as satisfied.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:

*s/ Jordan G. Howard*
JORDAN G. HOWARD
Assistant United States Attorney
Florida Bar No. 1011791
Financial Litigation Program
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties on record.

*s/Jordan G. Howard*
Assistant United States Attorney
